UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JULIUS HARTZ, JR.                                          CIVIL ACTION

VERSUS                                                     NO. 08-4566

MICHAEL J. ASTRUE. COMMISSIONER,                           SECTION "I" (2)
SOCIAL SECURITY ADMINISTRATION

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the

Findings and Recommendation of the United States Magistrate Judge, and the failure of

any party to file an objection to the Magistrate Judge's Findings and Recommendation,

hereby approves the Report and Recommendation of the United States Magistrate Judge

and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's fee petition is hereby GRANTED IN PART

AND DENIED IN PART and that plaintiff's counsel is awarded $3,750.00 in reasonable

attorney's fees under 42 U.S.C. § 406(b).

New Orleans, Louisiana, this ___27th___ day of September, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE