UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIUS HARTZ, JR. | CIVIL ACTION |
| VERSUS | NO. 08-4566 |
| MICHAEL J. ASTRUE. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | SECTION "I" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's fee petition is hereby GRANTED IN PART AND DENIED IN PART and that plaintiff's counsel is awarded $3,750.00 in reasonable attorney's fees under 42 U.S.C. § 406(b).

New Orleans, Louisiana, this 27th day of September, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE